UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re:

FUEL SYSTEMS, INC.                      Bankruptcy Case No. 09-04536

    Debtor,                          Adversary Proceeding No. 11-80168
_____/

THOMAS A. BRUINSMA,

    Plaintiff,                     Case No. 1:11-cv-1131

v.                                        Hon. Janet T. Neff

OHI-TECH MANUFACTURING, INC.,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed October 26, 2011 by the United States Bankruptcy Judge in this action regarding the Motion for Entry of a Default Judgment against Defendant. No objections have been filed. Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Thomas A. Bruinsma, Trustee, against Defendant Ohi-Tech Manufacturing, Inc. in the amount of $39,982.44, together with interest at the statutory rate and costs of $250.00 pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated: November 15, 2011                  /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE